No. 62452.—Noritake Co., Inc. v. United States, protest 329927–K (Los Angeles).

Opinion by Johnson, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 62453.—Victor B. Handal & Bro., Inc. v. United States, protest 329950–K (Los Angeles).

Opinion by Johnson, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.